IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>POPULUS FINANCIAL GROUP, INC. d/b/a ACE CASH EXPRESS,<br><br>Defendant. | Civil Action No. 3:22-CV-01494-K |

## ORDER

Before the Court is the parties' Agreed Motion for Entry of Order Staying Case Pending Final Resolution of Fifth Circuit Decision in *Community Financial Services Association of America Ltd v. CFPB* (the "Motion"). Doc. No. 27. Having considered the Motion, the brief, and the relevant law, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS**:

1. All proceedings in this action shall be stayed until after the Fifth Circuit issues its mandate in *Community Financial Services Association of America Ltd. v. CFPB*, No. 21-50826 ("*CFSA*");

2. Accordingly, all briefing deadlines related to ACE's Motion to Dismiss for Failure to State a Claim, Doc. No. 16, as set out in the Court's October 5, 2022 Order, Doc. No. 25, are hereby **VACATED**;

3. ACE's Motion to Stay, Doc. No. 17, is **DENIED** as moot;

1

4. Any party may move the Court to extend the stay or to lift the stay before it expires on its own terms, upon a showing of good cause; and

5. The Parties shall file a Joint Report within forty-five (45) days of the conclusion of the stay. The Joint Report shall contain statements of how the parties wish to proceed.

There appears to be no further reason to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing the case from the statistical records. However, nothing in this Order shall be considered a dismissal or disposition of this case. Should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed October 31st, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE