UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>POPULUS FINANCIAL GROUP, INC. d/b/a ACE CASH EXPRESS,<br><br>　　　　　Defendant. | Civil Action No. 3:22-cv-01494-K |

### DEFENDANT POPULUS FINANCIAL GROUP, INC.'S OBJECTION TO PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S NOTIFICATION OF SUPREME COURT DECISION

Defendant Populus Financial Group, Inc. objects to Plaintiff Consumer Financial Protection Bureau's Notification of Supreme Court Decision (Doc. 31) because it was filed without leave in violation of Local Rule 56.7 and violates the Court's December 5, 2022 Order staying the above-captioned case (Doc. 30). Populus also disagrees with certain statements in CFPB's Notification. But the Court need not address CFPB's Notification because the Parties have agreed on a proposed schedule for Populus to file a motion to dismiss or answer in light of the recent *CFPB v. Community Financial Services Association of America, Ltd.*, No. 22-448 decision. The Parties will be submitting a joint report with proposed schedule and any additional issues for the Court's consideration on or before July 1, 2024, as requested by this Court's December 5, 2022 order.

Dated: June 13, 2024

Respectfully Submitted,

*/s/ Angela C. Zambrano*
Angela C. Zambrano
Texas Bar No. 24003157
angela.zambrano@sidley.com
Robert S. Velevis
Texas Bar No. 24047032
rvelevis@sidley.com
Barret V. Armbruster
Texas Bar No. 24102922
barmbruster@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:   (214) 981-3300
Facsimile:   (214) 981-3400

Chris J. Willis (*pro hac vice*)
Georgia Bar No. 766297
chris.willis@troutman.com
Sarah T. Reise (*pro hac vice*)
Georgia Bar No. 181567
sarah.reise@troutman.com
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Telephone:   (404) 885-3000
Facsimile:   (404) 885-3900

*Attorneys for Defendant Populus Financial Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                            */s/ Angela C. Zambrano*
                                            Angela C. Zambrano