# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiff,<br><br>  v.<br><br>POPULUS FINANCIAL GROUP, INC. d/b/a ACE CASH EXPRESS,<br><br>      Defendant. | Civil Action No. 3:22-cv-01494-K |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Consumer Financial Protection Bureau, dismisses this action with prejudice against Defendant.

Dated: April 30, 2025

Respectfully Submitted,

Consumer Financial Protection Bureau

MARC PAOLETTA
Chief Legal Officer

DANIEL SHAPIRO
Deputy Chief Legal Officer

VICTORIA DORFMAN
Senior Legal Advisor

CARA PETERSEN
Principal Deputy Enforcement Director

DEBORAH MORRIS
Deputy Enforcement Director

MICHAEL POSNER
Assistant Deputy Enforcement Director

/s/ *Gregory Nodler*
Gregory Nodler (TX #24053395)
Senior Litigation Counsel
Tianna Baez (NY #4808598)
Senior Litigation Counsel
Akash Desai (GA #338124)
Senior Litigation Counsel
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7619 (phone)
Gregory.Nodler@cfpb.gov

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, I electronically filed Plaintiff's Notice of Dismissal with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Gregory Nodler*
Gregory Nodler